HALLAHAN, Respondent, v. HALLAHAN, Appellant. (Supreme Court, Appellate Division, First Department. June 7, 1912.) Action by Katherine V. Hallahan against Edward F. Hallahan. J. A. Gray, for appellant. J. M. Nolan, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HAMILTON, Appellant, v. CRAWFORD et al., Respondents. (Supreme Court, Appellate Division, First Department. May 3, 1912.) Action by Annie Hamilton against Alice Crawford and others. J. B. Ker, for appellant. L. H. Freedman, for respondents. No opinion. Judgment affirmed, with costs. Order filed. See, also, 73 Misc. Rep. 23, 132 N. Y. Supp. 277; infra.

HAMILTON v. CRAWFORD. (Supreme Court, Appellate Division, First Department. May 24, 1912.) Action by Annie Hamilton against Alice Crawford. No opinion. Motion granted. Order filed. See, also, 73 Misc. Rep. 23, 132 N. Y. Supp. 277; supra.

HANLY, Respondent, v. H. S. HORTON & CO., Appellants. (Supreme Court, Appellate Division, First Department. May 31, 1912.) Action by Daniel Hanly, as receiver, against H. S. Horton & Co. T. G. Prioleau, for appellants. E. M. Hawkins, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HARDON et al., Appellants, v. DIXON et al., Respondents. (Supreme Court, Appellate Division, First Department. May 24, 1912.) Action by Henry W. Hardon and another against William P. Dixon and another. C. F. Brown, for appellants. J. Holmes, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re HARRINGTON. (Supreme Court, Appellate Division, Fourth Department. May 8, 1912.) In the matter of the application of Addison S. Harrington, administrator, etc., of James S. Harrington, deceased, to establish a claim in his own favor against the estate of his intestate. No opinion. Order affirmed, with $10 costs and disbursements.

HARRIS, Respondent, v. BERGER et al., Appellants. (Supreme Court, Appellate Division, First Department. June 14, 1912.) Action by Joseph Harris against Paul Berger and another. G. W. Minor, for appellants. S. F. Hartman, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re HART. (Supreme Court, Appellate Division, First Department. May 10, 1912.) In the matter of Milton Hart. No opinion. Referred to official referee. Settle order on notice.

In re HARTRIDGE. (Supreme Court, Appellate Division, First Department. May 3, 1912.) In the matter of Clifford W. Hartridge. No opinion. Reference ordered to official referee. Settle order on notice. See, also, 132 N. Y. Supp. 1131.

HARVEY, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. May 29, 1912.) Action by Elizabeth S. Harvey against the Brooklyn Heights Railroad Company and the City of New York. No opinion. Order unanimously affirmed, with costs.

HARWOOD, Appellant, v. GORMLY, Respondent. (Supreme Court, Appellate Division, Second Department. April 24, 1912.) Action by H. Harvey Harwood against Robert W. Gormly. No opinion. Judgment and order unanimously affirmed, with costs.

In re HASKELL. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) In the matter of Robert H. Haskell, an attorney at law. No opinion. Motion denied, without costs. See, also, 135 N. Y. Supp. 249.

In re HAWKE. (Supreme Court, Appellate Division, First Department. May 24, 1912.) Appeal from Order Entered on Report of Referee. In the matter of the application of Edward H. Hawke, Jr., to enforce an attorney's lien. From an order confirming the report of a referee, the owner appeals. Modified and affirmed. Max D. Steuer, for appellant. H. Snowden Marshall, for respondent.

PER CURIAM. The order appealed from should be modified, by reducing the amount fixed as that of the lien of the petitioner, Hawke, herein to the sum of $5,547.88, being 5 per cent. upon the amount of the award to the owner herein, together with interest upon said sum from November 5, 1909. As so modified, the order should be affirmed, without costs.

HAYES, Respondent, v. HAYES, Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) Action by Catherine Hayes against Edmond J. Hayes. No opinion. Motion for leave to appeal to the Court of Appeals (from 135 N. Y. Supp. 225) granted, without costs.

HAYES, Appellant, v. NEW YORK LIFE INS CO., Respondent. (Supreme Court, Appellate Division, First Department. May 17, 1912.) Action by Lillian E. Hayes against the New York Life Insurance Company. J. H. McIntosh, for appellant. A. Benedict, for respondent. No opinion. Judgment (68 Misc. Rep. 558, 124 N. Y. Supp. 792) affirmed, with costs. Order filed.

HAYIM et al., Respondents, v. LABE et al., Appellants. (Supreme Court, Appellate Division, First Department. May 10, 1912.) Ac-